UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20324-CR-MARTINEZ

UNITED STATES OF AMERICA,

v.

CARLOS RAFAEL SAEZ DORTA and
VERONICA RAMOS HERNANDEZ,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendants' Substituted (Corrected/Clarifying and Amended) Joint Motion for New Trial . . . and Request for Evidentiary Hearing [ECF No. 325] ("Joint Motion"). (*See* [ECF No. 334). Judge Sanchez filed an R&R [ECF No. 393], recommending that Defendants' Joint Motion be denied, and Defendants filed Objections [ECF No. 395].

The Court has a duty to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). The Court also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* Having conducted a *de novo* review of the Joint Motion; Defendants' Supplement to the Joint Motion [ECF No. 337]; the issues presented in Defendants' Objections [ECF No. 395]; the Government's Responses [ECF Nos. 327, 338]; the entire record; and relevant law, the Court has reached an independent conclusion that the R&R should be adopted and approved. The Court agrees with Judge Sanchez that Defendants fail to meet the standard for a new trial under Federal Rule of Criminal Procedure 33 and fail to show that discovery or an evidentiary hearing is warranted.

CASE NO. 21-20324-CR-MARTINEZ

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Defendants' Objections [ECF No. 395] are **OVERRULED**. Judge Sanchez's R&R [ECF No. 393] is **AFFIRMED** and **ADOPTED**, and Defendants' Joint Motion [ECF No. 325] is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 25 day of February 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record